932 F.2d 959
 Consolidated Recycling & Transfer Systems, Inc., Rosetto
(Bruce C., Ronald L., Chris), Dinardi (Andrew,
Bernard), Covino (Angelo L., Charles R.)
v.
LCA Leasing Inc., Chester Solid Waste Associates, Chester
Solid Waste Corporation, Russell, Rea & Zappala, Zappala
(Charles, Gregory), Russell (Andrew), Rea (Donald E.),
Gehrig (James), Bistany (Edward)
 NO. 90-1959
 United States Court of Appeals,
Third Circuit.
 APR 18, 1991
 
 Appeal From: E.D.Pa.,
 Fullam, J.
 
 
 1
 AFFIRMED.